# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JILLYN PETERSON, GABE HARE, ROBERT HEYNEN and ADAM KRAJEWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE SERVICES OFFICE, INC., THE PLAN ADMINISTRATION COMMITTEE OF INSURANCE SERVICES OFFICE, INC., THE TRUSTS INVESTMENT COMMITTEE OF INSURANCE SERVICES OFFICE, INC., and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No. 2:20-cv-13223-EP-AME<br><br>Honorable André M. Espinosa<br>United States Magistrate Judge<br><br>CLASS ACTION |

## ORDER

The Court, having been apprised that the parties have agreed to a class action settlement in principle, finds that:

**IT IS HEREBY ORDERED** that the schedule entered by the Court in its April 5, 2023 order (Dkt. 63) is **VACATED**;

**IT IS FURTHER ORDERED** that Plaintiffs shall file the necessary pleadings seeking preliminary approval of the class action settlement on or before December 6, 2023.

*/s/ André M. Espinosa*
HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2023