**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JILLYN PETERSON, GABE HARE, ROBERT HEYNEN and ADAM KRAJEWSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INSURANCE SERVICES OFFICE, INC., THE PLAN ADMINISTRATION COMMITTEE OF INSURANCE SERVICES OFFICE, INC., THE TRUSTS INVESTMENT COMMITTEE OF INSURANCE SERVICES OFFICE, INC., and JOHN DOES 1-30. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO.:** <br> **2:20-cv-13223-SDW-LDW** <br><br> **CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FORM AND MANNER OF CLASS NOTICE, AND SCHEDULING OF FAIRNESS HEARING**

Named Plaintiffs, Jillyn Peterson, Gabe Hare, Robert Heynen, and Adam Krajewski, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the ISO 401(k) Savings and Employee Stock Ownership Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement entered into with Defendants.[1] (the "Settlement" or "Settlement Agreement"), Preliminary Approval of Form and Manner of Class Notice, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the

---

[1] Defendants refer, collectively, to Insurance Services Office, Inc.. ("ISO"), the Plan Administration Committee of Insurance Services Office, Inc. ("Plan Committee"), and the Investment Committee of Insurance Services Office, Inc. ("Investment Committee").

memorandum of law in support of this motion, which are submitted herewith.

    A Proposed Order is submitted herewith.

Dated: December 6, 2023                    Respectfully submitted,

                                                  **CAPOZZI ADLER, P.C.**

                                                  */s/ Mark K. Gyandoh*
                                                  Mark K. Gyandoh, Esquire
                                                  312 Old Lancaster Road
                                                  Merion Station, PA 19066
                                                  Tel: (610) 890-0200
                                                  Fax (717) 233-4103
                                                  Email: markg@capozziadler.com

                                                  *Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh