IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JILLYN PETERSON, GABE HARE, ROBERT HEYNEN and ADAM KRAJEWSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INSURANCE SERVICES OFFICE, INC., THE PLAN ADMINISTRATION COMMITTEE OF INSURANCE SERVICES OFFICE, INC., THE TRUSTS INVESTMENT COMMITTEE OF INSURANCE SERVICES OFFICE, INC., and JOHN DOES 1-30. <br><br> Defendants. | Civil Action No. 2:20-cv-13223-EP-AME <br><br> Honorable Evelyn Padin <br> United States District Judge <br><br> Honorable André M. Espinosa <br> United States Magistrate Judge <br><br> CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Jillyn Peterson, Gabe Hare, Robert Heynen, and Adam Krajewski, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the Insurance Services Office, Inc. 401(k) Savings and Employee Stock Ownership Plan (the "Plan"), respectfully move this Court pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on December 5, 2023 and previously filed with the Court on December 6, 2023 (ECF No. 74-1);

2. Certifying the Class as defined in the Settlement Agreement;

3. Appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel Capozzi Adler, P.C. as Class Counsel under FED. R. CIV. 23(g);

1

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement; and

B. Declarations of Plaintiffs' Counsel, Plaintiffs, and the Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the parties and attached to the Settlement Agreement as an exhibit.

Dated: April 8, 2024                    Respectfully submitted,

                                                                **CAPOZZI ADLER, P.C.**

                                                                */s/ Mark K. Gyandoh*
                                                                 Mark K. Gyandoh, Esquire
                                                                 312 Old Lancaster Road
                                                                 Merion Station, PA 19066
                                                                 Tel: (610) 890-0200
                                                                 Fax (717) 233-4103
                                                                 Email: markg@capozziadler.com

                                                                 *Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh