IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JILLYN PETERSON, GABE HARE, ROBERT HEYNEN and ADAM KRAJEWSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INSURANCE SERVICES OFFICE, INC., THE PLAN ADMINISTRATION COMMITTEE OF INSURANCE SERVICES OFFICE, INC., THE TRUSTS INVESTMENT COMMITTEE OF INSURANCE SERVICES OFFICE, INC., and JOHN DOES 1-30. <br><br> Defendants. | Civil Action No. 2:20-cv-13223-AME <br><br> Honorable André M. Espinosa <br> United States Magistrate Judge <br><br> CLASS ACTION |

**ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND <u>PLAINTIFFS' CASE CONTRIBUTION AWARDS</u>**

This matter having come before the Court on **May 22, 2024**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on September 25, 2023, and filed with the Court.

1

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $1,333,200 and reimbursement of expenses in the sum of $78,079.50 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Each of the Named Plaintiffs is awarded $10,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

The Clerk shall terminate the motion at D.E. 80.

**SO ORDERED** this 22nd day of May 2024.

                                            /s/ *André M. Espinosa*
                                         ANDRÉ M. ESPINOSA
                                         United States Magistrate Judge